1  Danny J. Horen, Esq.
2  NV Bar No. 13153
3  Kazerouni Law Group, APC
   7854 W. Sahara Avenue
4  Las Vegas, NV 89117
5  Telephone: (800) 400-6808x7
   Facsimile: (800) 520-5523
6  danny@kazlg.com

7  Tara Newbery, Esq.
8  NV Bar No. 10696
9  Connaghan | Newberry
   7854 W. Sahara Avenue
10 Las Vegas, NV 89117
11 Telephone: (702) 608-4232
   Facsimile: (702) 946-1830
12 tnewberry@cnlawlv.com

13 *Attorneys for Plaintiff*
14 Natalie Moye

15
16         **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF NEVADA**

17
18 **NATALIE MOYE, individually**       )   **Case No.:** 2:14-cv-1353-JCM-CWH
   **and on behalf of all others**      )
19 **similarly situated,**              )   **STIPULATION AND ORDER OF**
                                        )   **DISMISSAL**
20          **Plaintiff,**              )
                                        )
21          v.                          )
                                        )
22 **Guglielmo & associates PLLC,**     )
                                        )
23          **Defendant.**              )
                                        )
24 _____ )

25 ///

26 ///

27 ///
28

---

**STIPULATION AND ORDER OF DISMISSAL**

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties
2  hereby stipulate to the Plaintiff NATALIE MOYE's voluntary dismissal of the
3  claims against GUGLIELMO & ASSOCIATES PLLC, in the above-captioned
4  matter, with prejudice as to the named plaintiff, and without prejudice as to the
5  putative class members, and without costs, disbursements, or attorney fees to any
6  party.

Dated: October 25, 2014

BY: /S/ LYNSEY WILLIAMS\_\_\_\_\_            BY:  /S/ DANNY J. HOREN\_\_\_\_\_
    LYNSEY WILLIAMS, ESQ.                       DANNY J. HOREN, ESQ.
    ATTORNEY FOR DEFENDANT                      ATTORNEY FOR PLAINTIFF

IT IS SO ORDERED:

DATED: October 27, 2014            _____
                                   UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL                                          2